UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JUSTIN POTTER, Derivatively on Behalf of DOW, INC.,<br><br>                          Plaintiff,<br><br>     v.<br><br>JIM FITTERLING, JEFFREY L. TATE, KAREN S. CARTER, RICHARD K. DAVIS, SAMUEL R. ALLEN, GAURDIE E. BANISTER JR., WESLEY G. BUSH, JERRI DEVARD, DEBRA L. DIAL, JEFF M. FETTIG, JACQUELINE C. HINMAN, REBECCA B. LIEBERT, LUIS ALBERTO MORENO, JILL S. WYANT, and DANIEL W. YOHANNES,<br><br>                         Defendants,<br>    and,<br><br>DOW INC.,<br><br>             Nominal Defendant. | Case No. 1:25-cv-12821<br><br>Hon. Judith E. Levy |

[Caption continued on next page]

| | |
|---|---|
| JACK PITTROF, Derivatively on Behalf of DOW, INC.,<br><br>                            Plaintiff,<br><br>      v.<br><br>JIM FITTERLING, JEFFREY A. TATE, KAREN S. CARTER, SAMUEL R. ALLEN, GAURDIE E. BANISTER, JR., WESLEY G. BUSH, RICHARD K. DAVIS, JERRI DEVARD, DEBRA L. DIAL, JEFF M. FETTIG, JACQUELINE C. HINMAN, REBECCA B. LIEBERT, LUIS ALBERTO MORENO, JILL S. WYANT, and DANIEL W. YOHANNES,<br><br>                       Defendants,<br><br>   and<br><br>DOW, INC.,<br><br>              Nominal Defendant. | Case No. 1:25-cv-12895 |

[Caption continued on next page]

| | |
|---|---|
| JERETH CAMACHO, derivatively on behalf of DOW INC., <br><br>            Plaintiff, <br><br>    v. <br><br> JIM FITTERLING, KAREN S. CARTER, JEFFREY L. TATE, SAMUEL R. ALLEN, GAURDIE E. BANISTER, JR., WESLEY G. BUSH, RICHARD K. DAVIS, JERRI DEVARD, DEBRA L. DIAL, JEFF M. FETTIG, JACQUELINE C. HINMAN, REBECCA B. LIEBERT, LUIS ALBERTO MORENO, JILL S. WYANT, and DANIEL W. YOHANNES, <br><br>            Defendants, <br><br>   and <br><br> DOW INC., <br><br>            Nominal Defendant. | Case No. 1:25-cv-12968 |

[Caption continued on next page

| | |
|---|---|
| KEITH CHIN, Derivatively on Behalf of DOW INC.,<br><br>      Plaintiff,<br><br> v.<br><br>JIM FITTERLING, JEFFREY L. TATE, KAREN S. CARTER, RICHARD K. DAVIS, JEFF M. FETTIG, WESLEY G. BUSH, DANIEL W. YOHANNES, JACQUELINE C. HINMAN, SAMUEL R. ALLEN, GAURDIE E. BANISTER JR., JILL S. WYANT, DEBRA L. DIAL, LUIS ALBERTO MORENO, JERRI DEVARD, and REBECCA B. LIEBERT,<br><br>      Defendants,<br>  -and-<br><br>DOW INC., a Delaware Corporation,<br><br>      Nominal Defendant. | Case No. 1:25-cv-13734 |

## JOINT STIPULATION AND ORDER REGARDING CONSOLIDATION OF RELATED DERIVATIVE ACTIONS, APPOINTMENT OF CO-LEAD COUNSEL, AND TEMPORARY STAY

The parties to the above-captioned matters, by and through their counsel of record, hereby stipulate and agree to the following:

WHEREAS, there are currently four related derivative actions brought on behalf of Dow Inc. ("Dow" or the "Company") pending in this Court[1]: (i) *Potter v. Fitterling, et al.*, Case No. 1:25-cv-12821 ("*Potter* Action")[2]; (ii) *Pittrof v. Fitterling, et al.*, Case No. 1:25-cv-12895 ("*Pittrof*

---

[1] "Defendants" refers collectively to Jim Fitterling, Jeffrey L. Tate, Karen S. Carter, Richard K. Davis, Jeff M. Fettig, Wesley G. Bush, Daniel W. Yohannes, Jacqueline C. Hinman, Samuel R. Allen, Gaurdie E. Banister Jr., Jill S. Wyant, Debra L. Dial, Luis Alberto Moreno, Jerri Devard, and Rebecca B. Liebert (the "Individual Defendants") and Dow.

[2] On September 9, 2025, stockholder Dr. Arthur L. Schwartz, Jr., PhD ("Stockholder") made a demand on the Company pursuant to Section 220 ("Section 220") of the Delaware General Corporation Law ("DGCL") for the Company's books and records. On November 7, 2025, Stockholder received the Company's books and records. Stockholder is represented by Gainey McKenna & Egleston.

- 1 -

Action"); (iii) *Camacho v. Fitterling, et al.*, Case No. 1:25-cv-12968 ("*Camacho* Action"); and (iv) *Chin v. Fitterling, et al.*, Case No. 1:25-cv-13734 ("*Chin* Action") (together, the "Related Derivative Actions");

WHEREAS, the *Potter* Action was filed by Plaintiff Justin Potter on September 5, 2025, and was stayed on October 24, 2025 (*see Potter* Action, ECF No. 8); the *Pittrof* Action was filed by Plaintiff Jack Pittrof on September 11, 2025, and was stayed on November 7, 2025 (*see Pittrof* Action, ECF No. 5); the *Camacho* Action was filed by Plaintiff Jereth Camacho on September 18, 2025, and stayed on October 15, 2025 (*see Camacho* Action, ECF No. 5); and the *Chin* Action was filed by Plaintiff Keith Chin on November 21, 2025;

WHEREAS, Plaintiffs Potter, Pittrof, Camacho, and Chin ("Plaintiffs") and Defendants (together, the "Parties") agree that the Related Derivative Actions challenge substantially similar alleged conduct and involve the same questions of law and fact, and that the administration of justice would best be served by consolidating the Related Derivative Actions;

WHEREAS, under Federal Rule of Civil Procedure 42(a), when actions involve "a common question of law or fact," the Court may "(1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay";

WHEREAS, in order to realize the efficiencies made possible by consolidation of the Related Derivative Actions, Plaintiffs agree that Robbins LLP ("Robbins"), Gainey McKenna & Egleston ("GM&E"), and Rigrodsky Law, P.A. ("Rigrodsky"), the résumés of which are attached hereto as Exhibits A-C, respectively, shall be designated as Co-Lead Counsel representing Plaintiffs in the Related Derivative Actions;

WHEREAS, Defendants take no position regarding the appointment of Co-Lead Counsel for Plaintiffs in the Related Derivative Actions;

- 2 -

WHEREAS, a putative securities class action asserting violations of federal securities laws arising from the same alleged facts and circumstances is currently pending in this Court and is captioned *Curtis Lin v. Dow Inc., et al.*, Case No. 1:25-cv-12744 (E.D. Mich.) (the "Securities Class Action"); and on November 19, 2025, a stipulated order in the Securities Class Action was entered, detailing the pending appointment of a lead plaintiff and lead counsel and case management in the matter (Securities Class Action, ECF No. 19), and whereas the Parties anticipate that a motion to dismiss will be briefed in the Securities Class Action;

WHEREAS, the Parties have met and conferred regarding a possible temporary stay of the Related Derivative Actions pending a resolution of the anticipated motion to dismiss in the Securities Class Action; and

WHEREAS, this Stipulation and Order is not a waiver of any of the Parties' rights, remedies, claims, or defenses:

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties, through their undersigned counsel, and subject to the approval of the Court, that:

1.      The Company has been served and the Individual Defendants have accepted service of the *Chin* Complaint through their counsel to Fed. R. Civ. P. 4(d), without waiving or prejudicing any rights, arguments, or defenses.

2.      The Related Derivative Actions are hereby consolidated for all purposes, including pre-trial proceedings and trial, under Case No. 1:25-cv-12821 (the "Consolidated Action").

3.      Every pleading filed in the Consolidated Action, or in any separate action included herein, must bear the following caption:

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE DOW INC. STOCKHOLDER DERIVATIVE LITIGATION | Lead Case No. 1:25-cv-12821 |
| | (Consolidated with Case Nos. 1:25-cv-12895; 1:25-cv-12968; and 1:25-cv-13734) |
| This Document Relates To: | |

4. All papers filed in connection with the Consolidated Action will be maintained on file under Case No. 1:25-cv-12821 and all documents previously filed and/or served in the Related Derivative Actions shall be deemed part of the record in the Consolidated Action.

5. Co-Lead Counsel for Plaintiffs for the conduct of the Consolidated Action (collectively, "Co-Lead Counsel") shall be:

**ROBBINS LLP**
Brian J. Robbins
Kevin A. Seely
Maria L. Mansur
5060 Shoreham Place, Suite 300
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: brobbins@robbinsllp.com
kseely@robbinsllp.com
mmansur@robbinsllp.com

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
Gregory M. Egleston
Christopher M. Brain
260 Madison Ave., 22nd Floor
New York, NY 10016
Telephone: (212) 983-1300
Facsimile: (212) 983-0383
E-mail: tjmckenna@gme-law.com
gegleston@gme-law.com
cbrain@gme-law.com

**RIGRODSKY LAW, P.A**
Timothy J. MacFall
Samir Aougab
825 East Gate Boulevard, Suite 300

- 4 -

Garden City, NY 11530
Telephone: (516) 683-3516
Facsimile: (302) 654-7530
E-mail: tjm@rl-legal.com

6.      Co-Lead Counsel shall have the sole authority to speak for Plaintiffs in all matters regarding pre-trial procedure, trial, and settlement negotiations and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

7.      Co-Lead Counsel will be responsible for coordinating all activities and appearances on behalf of Plaintiffs.  No motion, request for discovery, or other pre-trial or trial proceedings will be initiated or filed by any Plaintiffs except through Co-Lead Counsel.

8.      Counsel for Defendants may rely upon all agreements made with Co-Lead Counsel, or other duly authorized representatives of Co-Lead Counsel, and such agreements shall be binding on all Plaintiffs.

9.      Liaison Counsel for Plaintiffs for the conduct of these consolidated actions is:

**FINK BRESSACK**
DAVID H. FINK
NATHAN J. FINK
38500 Woodward Ave, Suite 350
Bloomfield Hills, MI 48304
Telephone: (248) 971-2500
E-mail: dfink@finkbressack.com
nfink@finkbressack.com

10.     Plaintiffs' Liaison Counsel shall be available and responsible for communications to and from this Court, including distributing orders and other directions from the Court to counsel. Plaintiffs' Liaison Counsel shall be responsible for creating and maintaining a master service list of all parties and their respective counsel.

11.     This Stipulation and Order shall apply to each shareholder derivative action arising out of the same, or substantially the same, transactions or events as these cases, which is

- 5 -

subsequently filed in, removed to, reassigned to, or transferred to this Court.  When a shareholder derivative action that properly belongs as part of the *In re Dow, Inc.*, *Stockholder Derivative Litigation*, Case No: 1:25-cv-12821, is hereafter filed in this Court, removed to this Court, reassigned to this Court, or transferred here from another court, the Court requests the assistance of the Parties in calling to the attention of the clerk of the Court the filing, removal, reassignment or transfer of any case that might properly be consolidated as part of the Consolidated Action, and the Parties shall assist in ensuring that counsel in subsequent actions receive notice of this Order. Unless otherwise ordered, the terms of all orders, rulings, and decisions in the Consolidated Action shall apply to all later shareholder derivative actions involving Dow filed in this Court.

12. The Consolidated Action (including Defendants' time to answer, move to dismiss, or otherwise respond to the Complaint, and all discovery) shall be stayed until the occurrence of the earlier of: (1) a ruling on the anticipated motion to dismiss in the Securities Class Action; (2) the filing of an answer in the Securities Class Action; or (3) the dismissal of the Securities Class Action, at which time the Parties will promptly meet and confer and either seek a further extension of the stay, if appropriate, or submit a proposed scheduling order governing further proceedings or other proposed course of action for the Court's review and approval.  The briefing schedule shall include dates by which Plaintiffs must either file a consolidated amended complaint (if not already filed pursuant to paragraph 16 below) or designate one of the previously filed complaints as the operative complaint, and a date by which Defendants must answer, move against, or otherwise respond to the operative complaint.

13. During the stay, Plaintiffs may file an amended complaint.  However, Defendants shall be under no obligation to respond to any such complaint while the Consolidated Action is stayed.

**IT IS SO STIPULATED.**

Dated: January 22, 2026

**FINK BRESSACK**

*/s/ Nathan J. Fink*
Nathan J. Fink (P75185)
38500 Woodward Ave, Suite 350
Bloomfield Hills, MI 48304
Telephone: (248) 971-2500
Facsimile: (248) 971-2600
E-mail: nfink@finkbressack.com

**ROBBINS LLP**
Brian J. Robbins
Kevin A. Seely
Maria L. Mansur
5060 Shoreham Place, Suite 300
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: brobbins@robbinsllp.com
        kseely@robbinsllp.com
        mmansur@robbinsllp.com

*Attorneys for Plaintiff Keith Chin*

Dated: January 22, 2026

**THE MILLER LAW FIRM, P.C.**

 _/s/ E. Powell Miller_
E. Powell Miller (P39487)
Marc L. Newman (P51393)
Dennis A. Lienhardt (P81118)
950 W. University Drive, Suite 300
Rochester, MI 48307
Tel: (248) 841-2200
Fax: (248) 652-2852
Email: epm@millerlawpc.com
Email: mln@millerlawpc.com
Email: dal@millerlawpc.com

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
Gregory M. Egleston
Christopher M. Brain
260 Madison Ave., 22nd Floor
New York, NY 10016
Tel: (212) 983-1300
Fax: (212) 983-0383
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com
Email: cbrain@gme-law.com

*Attorneys Justin Potter and Stockholder Dr.
Arthur L. Schwartz, Jr., PhD*

Dated: January 22, 2026

**RIGRODSKY LAW, P.A.**

 _/s/ Seth D. Rigrodsky_
Seth D. Rigrodsky
Vincent A. Licata
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Telephone: (516) 683-3516
Facsimile: (302) 654-7530
E-mail: sdr@rl-legal.com
           vl@rl-legal.com

Dated: January 22, 2026

**THE BROWN LAW FIRM**

 _/s/ Timothy Brown_
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017

- 8 -

Telephone: (516) 922-5427
E-mail: tbrown@thebrownlawfirm.net

*Attorney for Plaintiff Jereth Camacho*

Dated: January 22, 2026 **WARNER NORCOSS + JUDD LLP**

*/s/ Jonathan E. Lauderbach_____*
Jonathan E. Lauderbach
715 East Main Street, Suite 110
Midland, MI 48640
Telephone: (989) 698-3700
E-mail: jlauderbach@wnj.com

Dated: January 22, 2026 **ALLEN OVERY SHEARMAN STERLING US LLP**

*/s/ Lyle Roberts_____*
Lyle Roberts
1101 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 508-8108
E-mail: lyle.roberts@aoshearman.com

Mallory Tosch Hoggatt
800 Capitol St., Suite 2200
Houston, TX 77002
Telephone: (713) 354-4800
E-mail: mallory.toschhoggat@aoshearman.com

*Attorneys for Individual Defendants and Nominal Defendant Dow Inc.*

## ORDER OF CONSOLIDATION

Pursuant to the stipulation of the parties and for the reasons set forth above, the Court hereby orders that the following cases are consolidated.

It is ORDERED that civil numbers 25-12895, 25-12968, and 25-13734, are consolidated with civil number 25-12821 for all purposes, including trial.

It is further ORDERED that all subsequent papers filed after the date of this order shall be entered on civil number 25-12821.

It is further ORDERED that civil numbers 25-12895, 25-12968, and 25-13734 are hereby closed for administrative purposes.

Dated: May 13, 2026                                   s/Judith E. Levy
Ann Arbor, Michigan                               JUDITH E. LEVY
                                                  United States District Judge